UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:   21-03801
Weldon Cobos  )
 )  Chapter:  13
 )  Honorable Deborah L. Thorne
 )
 )
Debtor(s)  )

## ORDER DISALLOWING CLAIM

THIS MATTER coming to be heard on the OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE , the court having jurisdiction, with due notice having been given to all parties in interest, the court orders that the claim of the Internal Revenue Service (number 2-2, filed 05/25/2021) is disallowed to the extent that it pertains to the tax period ending 12/31/2018 and to the extent that it alleges that the Debtor did not file a tax return.

Enter:  *[signature]*

Honorable Deborah L. Thorne
Dated: July 14, 2021                United States Bankruptcy Judge

**Prepared by:**

Dale A. Riley
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603